

**ORDERED in the Southern District of Florida on April 4, 2025.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                  CASE NO.: 24-11338-SMG

UNIVERSAL-1 IMPORTS, INC.                                          Proceedings under Chapter 11

    Debtor.
_____/

### ORDER DISMISSING BANKRUPTCY CASE

THIS MATTER came before the Court for hearing on April 2, 2025 on the Debtor's Motion to Dismiss Case and Court, having reviewed the record, and having determined dismissal is in the best interests of the creditors and the Debtor for the reasons stated on the record, it is

**ORDER**ED as follows:

1. The instant Chapter 11 Bankruptcy Case is hereby **DISMISSED**, without prejudice to the right **of** Allison Pharmaceuticals Inc. to **pursue all its remedies under state law.**

2. The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6), within ten (10) days of the entry of this Order, and simultaneously file with the Court all pending monthly operating reports through the date of closing, indicating the cash disbursements for the relevant periods since the period reported on the last Debtor-in-Possession report filed by the Debtor;

3. All pending motions are **DENIED AS MOOT**; and

4. The Court shall retain jurisdiction to enforce the provisions of this Order.

###

Submitted by and Copies Furnished to: Susan D. Lasky., Esq., 320 SE 18St., Ft Lauderdale, FL 33316 954-400-7474 who is directed to mail a conformed copy of this Order, immediately upon receipt, to the parties on the attached mailing list.